UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| LORI GROFF, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No. 2:19-cv-162 |
| : | |
| HERTZ CORPORATION, : | |
| : | |
| Defendant. : | |

## ORDER

On or before March 8, 2021, counsel for defendant shall inform the court in writing of the status of proceedings before the United States Bankruptcy Court for the District of Delaware

Dated at Burlington, in the District of Vermont, this 22nd day of February, 2021.

      /s/ William K. Sessions III
William K. Sessions III
United States District Judge