UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

LORI GROFF,

        Plaintiff,

   v.                      Civil Action No. 2:19-CV-162

HERTZ CORPORATION,

        Defendant.

## ORDER

On or before December 3, 2021, counsel shall inform the Court in writing of the status of this case.

Dated at Burlington, in the District of Vermont, this 4th day of November, 2021.

                                          /s/ William K. Sessions III
                                          Honorable William K. Sessions III
                                          United States District Judge